UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:11-00002 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| [1] SPIKE WILLIAM HEDGECOTH, | ) | 18 U.S.C. § 924 |
| (Count One) | ) | 21 U.S.C. § 841 |
| | ) | 21 U.S.C. § 846 |
| [2] KEVIN WADE HEDGECOTH, | ) | 21 U.S.C. § 853 |
| (Count One) | ) | |
| | ) | |
| [3] SAMUEL WILLIAM HEDGECOTH, | ) | **UNDER SEAL** |
| (Count One) | ) | |
| [4] MATTHEW LEE COWART, | ) | |
| (Count One) | ) | |
| [5] JOSEPH ALLEN COWART, | ) | |
| (Count One) | ) | |
| [6] KYLE ANTHONY LEAVENS, | ) | |
| (Count One) | ) | |
| [7] TOMMY MASON ROSECRANTS, | ) | |
| (Count One) | ) | |
| [8] JOY MARIE LEWIS, | ) | |
| (Count One) | ) | |
| [9] HOWARD WAYNE BELL, | ) | |
| (Count One) | ) | |
| [10] DAVID FRANKLIN KING, | ) | |
| (Count One, Count Two, Count Three) | ) | |
| [11] JAMES ROBERT CRAWFORD, | ) | |
| a/k/a "JimBob" | ) | |
| (Count One) | ) | |
| [12] KYLE RICHARD BARRIER, | ) | |
| (Count One) | ) | |

[13] EMILY CAROL BRADLEY,  )
    (Count One)  )
                                                       )

[14] TIMOTHY RICHARD FORRESTER,  )
    (Count One)  )
                                                       )

[15] MICHAEL RAY GANT,  )
    a/k/a "Jimmy"  )
    (Count One)  )

[16] ROBERT DUANE HICKS,  )
    a/k/a "Repo Man"  )
    (Count One)  )

[17] JAMES GALE KENNEDY,  )
    (Count One)  )

[18] VANESSA RENEA MIMS,  )
    a/k/a "Mama Mims"  )
    (Count One)  )

[19] EDWINA HOPE NELSON,  )
    (Count One)  )

[20] JAMES RUSSELL NORRIS,  )
    (Count One)  )

[21] TIFFANY BROOK NORRIS,  )
    (Count One)  )

[22] MARCIA BERNICE PRESS,  )
    (Count One)  )

[23] SAMUEL DOUGLAS PROFITT,  )
    a/k/a "Doug"  )
    (Count One)  )

[24] TRAVIS KURT PROFFITT,  )
    (Count One)  )

[25] COURTNEY JO RABIDEAU,  )
    (Count One)  )

[26] TRESHA MAE SHERRILL,  )
    (Count One)  )
      )
[27] CHRISTIE LOUISE WHITTAKER  )
    (Count One)  )
      )
[28] TERRY WAYNE WILLIAMS,  )
    a/k/a "TJ"  )
    (Count One)  )
      )
[29] KEVIN JAMES WOODY,  )
    (Count One)  )
      )
[30] JAMES ALAN WYATT,  )
    (Count One)  )
      )
[31] WILLIAM JEROME BURNS,  )
    a/k/a "Billy"  )
    (Count One)  )
      )
[32] JESSICA LYNN BURNS,  )
    (Count One)  )
      )
[33] JOHN WILLIAM NANCE  )
    (Count One)  )

## **ORDER**

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ORDERED that:

The Government's Motion is GRANTED and the Indictment is ordered sealed, pending further Order of the Court, except that a copy of the Indictment: (a) may be provided in whole or in part by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

                                               Chief Judge Todd J. Campbell
                                               United States District Court Judge
                                               Middle District of Tennessee

Dated: This 13 day of April, 2011