UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 2:11-cr-0002 |
| v. | ) |
| | ) |
| SPIKE WILLIAM HEDGECOTH, et. al, | ) |

### ORDER

This matter comes before the Court on the Government's Motion to Unseal the Indictment in Part. It is hereby ORDERED that:

The Government's Motion is GRANTED and the Indictment is ordered unsealed in part, such that: (a) the fact of the indictment and the names of the arrested defendants who have appeared before the Court at an initial hearing are hereby unsealed; but (b) the names of the defendants who remain at large shall remain redacted and under seal.

It is further ordered that the unsealing procedure apply prospectively, such that the names of defendants shall be unsealed as they are brought before the Court for their initial appearance.

E. Clifton Knowles
United States Magistrate Judge
Middle District of Tennessee

Dated: This 15th day of April, 2011