**ORDER:**
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE SECTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| VS. | ] | CRIM. CASE NO. 2:11-CR-00002 |
| | ] | JUDGE KNOWLES |
| SAMUEL HEDGECOTH | ] | |

---

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

---

Comes now the Defendant, through counsel, and moves this Honorable Court to modify the terms and conditions of the Defendant's pre-trial release as follows:

The Defendant is prohibited from having any contact with any of the co-defendants in this case. Spike Hedgecoth is the Defendant's father and a co-defendant. The Defendant requests to provide a power of attorney document to Spike Hedgecoth's attorney, Mr. Sumter Camp, have Mr. Camp present the document to Spike Hedgecoth for signature, and then Mr. Camp will return the signed document to the Defendant. The Defendant needs the power of attorney document to complete repairs on Spike Hedgecoth's home and to rent the property.

The Defendant is prohibited from leaving the middle district of Tennessee without his pre-trial release officer's permission. The Defendant's pre-trial release officer advises that permission will have to come from the Court. The Defendant wishes to travel to the Eastern District of Tennessee, including Rhea County where some of his children reside, and to Knox County, where has an opportunity for employment.