IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [29] KEVIN JAMES WOODY | ) | |

**O R D E R**

The defendant's Motion to Amend Judgement (Docket No. 1213) is **GRANTED**. It is hereby **ORDERED** that the Judgment (Docket No. 1170) is hereby **AMENDED** to provide that the defendant is to report to the institution designated by the Bureau of Prisons to begin serving his custody sentence by 2:00 p.m. on Monday, November 5, 2012.

It is so **ORDERED**.

ENTER this 9th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge