PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Samuel William Hedgecoth</u>  Case Number: <u>2:11-00002-3</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 2, 2012</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Hydrocodone, and Alprazolam</u>

Original Sentence: <u>18 months' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>July 2, 2012</u>

Assistant U.S. Attorney: <u>Alex Little</u>  Defense Attorney: <u>Dwight E. Scott</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 25th day of Jan., 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place    Cookeville

Date    January 24, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant is prohibited from owning, carrying, or possessing firearms, destructive devices, or other dangerous weapons.** |

On July 17, 2012, during a home contact, Mr. Hedgecoth was found to be in possession of a dangerous weapon, specifically a sword with an approximate blade length of twenty-four inches. It was propped against the wall next to his bed. When questioned by the probation officer, he reported he did not realize it was considered a dangerous weapon and agreed to remove the sword from his residence immediately.

On January 18, 2013, during another home contact, Mr. Hedgecoth was questioned by the probation officer about any illegal weapons or contraband in his residence. He admitted to having two swords in his step-son's bedroom, one belonging to his step-son, the other to himself. After both swords were removed from the bedroom by Mr. Hedgecoth, the probation officer noted them to be similar in comparison to the sword observed on July 17, 2012. Mr. Hedgecoth admitted the sword belonging to him was in fact the same sword from July 17, 2012. Mr. Hedgecoth stated he assumed since both swords were in his step-son's room and not his own bedroom, that it would be acceptable. The probation officer explained that while Mr. Hedgecoth is on probation, he should not have these items in his possession.

**Compliance with Supervision Conditions and Prior Interventions:**

Samuel William Hedgecoth is employed and lives with his wife and children in Crossville, Tennessee. Mr. Hedgecoth was sentenced to probation on July 2, 2012, and he is due to terminate supervision on January 1, 2014.

At sentencing, Mr. Hedgecoth was placed on probation for 18 months with the first year of supervision on home confinement. He has completed six months of home confinement and is anticipated to satisfy that condition on July 18, 2013. Mr. Hedgecoth currently participates in random drug testing at Cumberland Mountain Mental Health Center in Crossville, and has incurred no positive drug test results since beginning supervision.

Mr. Hedgecoth was given a verbal reprimand on January 18, 2013, and re-instructed to not own, carry, or possess firearms, destructive devices, or other dangerous weapons. He was instructed, again, to remove the weapons from his residence. Mr. Hedgecoth's wife, who was also present during the home contact, agreed to remove them herself and take to a family member's home.

**U.S. Probation Officer Recommendation:**

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Hedgecoth remain on probation, complete the remaining six month of home confinement, and not incur any future violations.

Assistant U.S. Attorney Alex Little has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer